## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Chris Petri, et al.

                            Plaintiff,

v.                                                      Case No.: 1:17–cv–02579
                                                        Honorable Andrea R. Wood

GeaCom, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 31, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion to dismiss [7] is granted in part and denied in part. Specifically, Count I is dismissed with respect to the claims asserted by Plaintiffs Lu and Kotche, as well as the claims against Defendants Johnson and Romano. Counts IV, V, and VI are dismissed in their entirety. Defendants' motion is denied as to Counts II and III; those claims survive. Plaintiffs are granted leave to file an amended complaint that attempts to remedy the pleading deficiencies discussed in the Memorandum Opinion, if they so desire, by 4/23/2018. Status hearing previously set for 4/12/2018 remains firm. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.